# Americans for Immigrant Justice

*formerly Florida Immigrant Advocacy Center (FIAC)*

September 20, 2019

**_VIA FIRST CLASS AND ELECTRONIC MAIL_**

U.S. Immigration and Customs Enforcement
Freedom of Information Act Office
500 12th Street SW, Stop 5009
Washington, D.C. 20536-5009
ICE-FOIA@dhs.gov

     *Re:  Freedom of Information Act (FOIA) Request*

Dear FOIA Officer:

Americans for Immigrant Justice (AI Justice) submits this request for information under the Freedom of Information Act (FOIA), 5 U.S.C. § 552, *et. seq.* (hereinafter the "Request").

**REQUEST FOR INFORMATION**

AI Justice requests disclosure of any and all records[1] that were authored, prepared, received, collected and/or maintained by or transmitted to the U.S. Department of Homeland Security (DHS) and/or U.S. Immigration and Customs Enforcement (ICE)[2] that describe, refer or relate to DHS and/or ICE's contractual or other relationship with the Larkin Community Hospital located in Miami, Florida and Larkin Community Hospital Behavioral Health Services located in Hollywood, Florida and/or the Krome Service Processing Center.

Specifically, please produce those records, dated October 1, 2015 through June 1, 2019, describing, referring or relating to:

---

[1] The term "records" as used herein includes all records or communications preserved in electronic or written form, including but not limited to correspondence, directives, documents, data, videotapes, audiotapes, emails, faxes, files, guidance, standards, evaluations, instructions, analyses, memoranda, agreements, notes, orders, policies, procedures, protocols, reports, rules, technical manuals, technical specifications, training materials or studies, including records kept in written form, or electronic format on computers and/or other electronic storage devices, electronic communications and/or videotapes, as well as any reproductions thereof that differ in any way from any other reproduction, such as copies containing marginal notations.

[2] The term "ICE" as used herein refers to ICE headquarters offices, including any divisions, subdivisions or sections therein, ICE field operations offices, including any divisions, subdivisions or sections therein; ICE offices at ports of entry, including any divisions, subdivisions or sections therein; and any other ICE organizational structures and offices.

(1) Any contract for medical and/or mental health care services in place between DHS/ICE and Larkin Community Hospital and/or Larkin Community Hospital Behavioral Health Services.

(2) Any communications between ICE staff and Larkin Community Hospital concerning treatment of ICE detainees.

(3) Any communications between ICE staff and Larkin Community Hospital concerning medication administered or prescribed to ICE detainees.

(4) Any communications between ICE staff and Larkin Community Hospital Behavioral Health Services concerning treatment of ICE detainees.

(5) Any communications between ICE staff and/or Larkin Community Hospital Behavioral Health Services concerning medication administered or prescribed to ICE detainees.

(6) Description of all medical and/or mental health care services available and/or provided to DHS/ICE detainees held at Krome Service Processing Center located in Miami, FL.

(7) ICE policies and practices for the prescription and administration of psychotropic medications, including but not limited to antidepressants, anti-anxiety, anti-psychotic, mood stabilizing, and stimulant medications to DHS/ICE detainees, including but not limited to restrictions on the kinds of medications to be prescribed and the dosages or amounts.

(8) ICE policies and practices concerning physically restraining, in handcuffs, waist-chains or otherwise, DHS/ICE detainees referred and/or transported to Larkin Community Hospital and Larkin Community Hospital Behavioral Health Services.

(9) ICE policies and practices concerning physically restraining, in hand-cuffs, waist-chains or otherwise, DHS/ICE detainees referred to any medical facility, hospital or office in Florida, including Larkin Community Hospital and Larkin Community Hospital Behavioral Health Services while the detainees are patients at the hospitals, medical facility or office.

(10) ICE policies and practices concerning visually or otherwise monitoring, including while they sleep, DHS/ICE detainees referred and/or transported to Larkin Community Hospital and Larkin Community Hospital Behavioral Health Services.

(11) The number of DHS/ICE detainees held at Krome Processing Center who were

        referred to, transported to, treated by and/or hospitalized at Larkin Community Hospital during fiscal years 2015-2019.

(12)    The number of DHS/ICE detainees held at Krome Processing Center who were referred to, transported to, treated by and/or hospitalized at Larkin Community Hospital Behavioral Health Services during fiscal years 2015-2019.

(13)    The length (in hours or days) of stay and/or hospitalization at Larkin Community Hospital of all DHS/ICE detainees held at Krome who were treated at and/or hospitalized at Larkin Community Hospital during the fiscal years 2015-2019.

(14)    The length (in hours or days) of stay and/or hospitalization at Larkin Community Hospital Behavioral Health Services, of all DHS/ICE detainees held at Krome who were treated at and/or hospitalized at and Larkin Community Hospital Behavioral Health Services during the fiscal years 2015-2019.

## **REQUEST FOR WAIVER OF ALL COSTS**

AI Justice respectfully requests that all fees associated with this FOIA request be waived. AI Justice is entitled to a waiver of all costs because disclosure of the information is ". . . likely to contribute significantly to public understanding of the operations or activities of the government and is not primarily in the commercial interest of the requester." 5 U.S.C. § 522(a)(4)(A)(iii). *See also* 6 C.F.R. § 5.11(k) (Records furnished without charge or at a reduced rate if the information is in the public interest, and disclosure is not in commercial interest of institution). In addition, AI Justice has the ability to widely disseminate the requested information. *See Judicial Watch v. Rossoti*, 326 F.3d 1309 (D.C. Cir. 2013) (finding a fee waiver appropriate when the requester explained, in detailed and non-conclusory terms, how and to whom it would disseminate the information it received).

AI Justice protects and promotes the basic human rights of immigrants through a unique combination of free direct services, impact litigation, policy reform and public education at local, state, and national levels. Grounded in real-world experience, our direct work with immigrant clients informs its broader policy and advocacy work. Our multicultural and multilingual staff works to foster alliances between immigrant and non- immigrant groups, including government, civic, social and faith-based communities. Immigration activists, the national media, and federal and state policy makers, consider AI Justice to be one of the most effective national groups fighting for immigrant justice.

### *Disclosure of the Information Is in the Public Interest*

With immigration reform on the horizon in Congress, immigration issues make up a major segment of the public discourse. Increasingly covered by U.S. media outlets, information regarding immigration matters is much more widely disseminated than ever before. Disclosure of the requested information will contribute significantly to public understanding of non-citizens' information about ICE facilities, detention conditions and access to adequate medical and mental health care services afforded to detainees in Florida. The disclosed records will inform attorneys,

advocates, members of the public and others concerned about detention conditions. AI Justice has the capacity and intent to disseminate widely the requested information to the public. To this end, AI Justice will post relevant information on the AI Justice website, draft analysis of the information and disseminate it to other immigration advocacy groups, stakeholders and potentially to members of Congress.

***Disclosure of the Information Is Not Primarily in the Commercial Interest of the Requester***

AI Justice is a 501(c)(3), tax-exempt, not-for-profit, charitable legal services organization. AI Justice's work encompasses advocating for the basic human rights of immigrants through direct representation, policy reform, impact litigation, and public education. Accordingly, AI Justice has no commercial interest that could be furthered by any FOIA request. Immigration attorneys, non-citizens and any other interested member of the public may obtain information about DHS and ICE policies and practices on AI Justice's frequently updated website. As stated above, AI Justice seeks the requested information for the purpose of disseminating it to members of the public and not for any commercial intent.

Please inform me in advance if the charges for this FOIA production will exceed $50.00.

Thank you in advance for your response to this request within twenty working days, pursuant to FOIA requirements. *See* 5 U.S.C. § 552(a)(6)(A)(i). Should you have any questions or concerns, please feel free to contact me at (305) 573-1106, ext. 1020, or via email at llehner@aijustice.org.

Sincerely,

*[signature]*

Lisa Lehner
Litigation Attorney